**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUAN C.,

                Plaintiff,

   -against-                                      21 **CIVIL** 9554

                                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 29, 2022, the Court finds no clear error on the face of the Report and Recommendation. The Report and Recommendation is adopted in full, for the reasons stated in the Report and Recommendation. Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's motion for judgment on the pleadings is DENIED. This case is REMANDED for further proceedings in line with the Report and Recommendation.

**Dated:** New York, New York

      November 29, 2022

                                                                       **RUBY J. KRAJICK**

                                                                        _____

                                                                          **Clerk of Court**

                                 **BY:**       *K. Mango*

                                                                           _____

                                                                          **Deputy Clerk**